# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-00012-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ERIK KO,**

    **Defendant.**

---

## ORDER

---

The Court having considered the Government's Motion to Dismiss Criminal Complaint, and for good cause shown, it is hereby

**ORDERED** that said motion is Granted and Criminal Complaint is dismissed with prejudice and any warrants issued as a result should be quashed.

So ORDERED, this 7th day of July, 2010.

BY THE COURT:

*/s/ Gudrun J. Rice*

Gudrun J. Rice
United States Magistrate Judge
District of Colorado